IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Nos. 5:15-CR-172-BO-1
5:15-CR-172-BO-6
5:15-CR-172-BO-18

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LEMONT JERRONE WEBB, | ) | |
| RONALD PEGUES, | ) | |
| HARRY MYLES, | ) | |
| Defendants. | ) | |

This matter is before the Court *sua sponte* for scheduling. As arraignment and trial for defendant Antoine Myles, No. 5:15-CR-172-BO-2, has been continued to the Court's July 2017 term, and as these defendants are joined in a single indictment and no severance has been allowed, arraignment for these defendants must also be CONTINUED to the Court's July 2017 term.

The Court finds that the ends of justice served by this continuance outweighs the interests of the defendants and the public in a speedy trial. Therefore, any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This $\underline{25}$ day of April, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE