UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00172-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| ANTOINE DEWAYNE MYLES | ) | |

Upon motion by defendant Antoine Dewayne Myles, with the consent of the government and the consent of codefendants Lemont Webb and Harry Myles, by and through their respective attorneys, this Court finds that good cause has been shown to continue the trial in this matter to this Court's *November 2017* term of court.

The Court finds that the ends of justice served by this continuance outweighs the interests of the defendants and the public in a speedy trial. Therefore, any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. Sect. 3161(h)(7)(A).

SO ORDERED.

This the 16 day of June, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE