UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-172-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEMONT JERRONE WEBB | ) | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, with the consent of counsel for the defendant Lemont Jerrone Webb, to calendar the arraignment in the above-captioned case.

For good cause shown, the court hereby GRANTS the motion, and resets the arraignment and jury trial in the above-captioned case to January 16, 2018, for a joint trial with co-defendant Harry Myles, Sr.

SO ORDERED, this the 20 day of December, 2017.

TERRENCE W. BOYLE
United States District Judge