UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:15-CR-172-1 & 18BO

United States of America

vs.

ORDER

Lemont Jerrone Webb
Harry Myles, Sr.

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to Sgt. Kevin Dickinson, DEA/TFO, and remain in his custody through any proceeding on appeal or review.

Government's Exhibits: # 36, 37, 46, 47, 79, 122 th 125

Agent: _____

This 20th day of January, 2018.

TERRENCE W. BOYLE, US District Judge