IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-172-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| LEMONT JERRONE WEBB | : |

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the guilty verdict by a
jury as to defendant, Lemont Jerrone Webb, on January 20, 2018,
as to offenses in violation of 21 U.S.C. § 841(a)(1) and 18
U.S.C. §§ 1956(h), (a)(1)(B)(i), and 1957, and further evidence
of record and as presented by the Government, the Court finds a
nexus between the property the Government seeks to forfeit and
the offenses of which the defendant has been found guilty, and
that, therefore, the following property is hereby forfeitable
pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853:

**Gross Proceeds**

$923,200 in gross proceeds from the drug conspiracy charged in
Count One of the Superseding Indictment;

**Personal Property**

1) One 2002 Suzuki GSX-R1000 Motorcycle - VIN: JS1GT74A422106101;

2) One 2002 Lincoln LS - VIN: 1LNHM87A32Y689617;

3) One 2008 Honda Odyssey - VIN: 5FNRL38738B035744;

1

4) One 2004 GMC Envoy – VIN: 1GKES12S546178613;

5) One 2002 GMC C-Series Truck - VIN 1GDJ6H1C12J505466;

6) One 2009 Mercedes Benz – VIN: WDDGF54XX9F234440;

7) One 2004 Cadillac CTS 4-Door – VIN:1G6DM577540119225;

8) One 2002 Ford DRW Super Duty Truck – VIN:1FTWW32S52EA63383;

9) One 2002 Pace Trailer – VIN: 4FPFB12162G060319;

**Real Property**

1) One approximately 1.0 acre tract of real property, with all improvements thereto, located in Cumberland County, North Carolina, and more fully described in a deed recorded in book 7920, page 0801 of the Cumberland County Registry, being titled in the name of Harry Myles, and having the street address of 8212 Godwin Falcon Road, Godwin, North Carolina;

2) One approximately 1.0 acre tract of real property, with all improvements thereto, located in Cumberland County, North Carolina, and more fully described in a deed recorded in book 6630, page 503 of the Cumberland County Registry, being titled in the name of Harry Myles, and having the street address of 8206 Godwin Falcon Road, Godwin, North Carolina; and

3) One approximately .95 acre tract of real property, with all improvements thereto, located in Cumberland County, North Carolina, and more fully described in a deed recorded in book 08449, page 606 of the Cumberland County Registry, being

2

titled in the name of Harry Myles, and having the street address of 8201 Godwin Falcon Road, Godwin, North Carolina;

AND WHEREAS, by virtue of said findings and guilty verdict, the United States is now entitled to possession of said property, as allowed by Fed. R. Crim. P. 32.2 (b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.    That based upon the guilty verdict by a jury as to the defendant, Lemont Jerrone Webb and the nexus finding of the Court, the United States is hereby AUTHORIZED to seize the above-stated currency, real, and personal property, and the property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3).  In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is final as to the defendant at sentencing.

2.    That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3.    Pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the

3

Secretary of Treasury, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4.     That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED.   This 29 day of May    , 2018.

TERRENCE W. BOYLE
United States District Judge