IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-172-BO

UNITED STATES OF AMERICA )
)
v. )
)
LEMONT JERRONE WEBB, ET AL. )

**FINAL ORDER OF FORFEITURE AS TO PERSONAL PROPERTY
AND UNITED STATES CURRENCY**

WHEREAS, this Court entered a Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. § 982 and 21 U.S.C. § 853, based upon certain defendants agreeing to the forfeiture of the property listed in the Preliminary Orders of Forfeiture, to wit:

| Defendants | Date and Court Docket No. Preliminary Orders of Forfeiture |
|---|---|
| Def No. 1 - Lemont J. Webb | May 30, 2018 – DE #1099 |
| Def No. 2 - Antoine D. Myles | June 12, 2018 – DE #1106 |
| Def No. 4 - Douglas E. Register | July 26, 2017 – DE #891 |
| Def No. 10 - Nathune J. Myles | December 22, 2017–DE #927 |
| Def No. 18 – Harry Myles, Sr. | June 20, 2018 – DE #1119 |
| Def No. 19 – Sophia L.E. Myles | May 12, 2017 – DE #822. |

**PERSONAL PROPERTY**

1) One 2000 Cadillac Escalade - VIN: 1GYEK13R1YR102361;

1

2) One 2002 Suzuki GSX-R1000 Motorcycle - VIN: JS1GT74A422106101;

3) One 2008 Suzuki Motorcycle - VIN: JS1GX72A682113387;

4) One 2002 Ford DRW Super Duty Truck - VIN: 1FTWW32S52EA63383;

5) One 1996 Cadillac Deville - VIN: 1G6KD52Y4TU277070;

6) One 2004 Cadillac TS 4-Door - VIN: 1G6DM577540119225;

7) One 2005 Cadillac CTS - VIN: 1G6DP567250112906;

8) 0ne 2006 Mercury Mountaineer - VIN: 4M2EU47EX6UJ02209;

9) One 2005 Cadillac CTS HI FEAT - VIN: 1G6DP567050165118;

10) One 2002 Lincoln LS - VIN: 1LNHM87A32Y689617;

11) One 2004 Cadillac CTS 4-Door - VIN: 1G6DM577840189575;

12) One 2005 Chrysler 300 - VIN: 2C3JA53G25H108327;

13) One 2008 Chevrolet Wrecker - VIN: 1GBJC34658E213833;

14) One 2003 International Wrecker - VIN: 1HTMPAFM83H565490;

15) One 2008 Honda Odyssey - VIN: 5FNRL38738B035744;

16) One 2003 Hummer - VIN: 5GRGN23U83H119476;

17) One 2004 GMC Envoy - VIN: 1GKES12S546178613;

18) One 2002 GMC C-Series Truck – VIN: 1GDJ6H1C12J505466;

19) One 2003 Mercedes Benz E320 - VIN: WDBUF65J33A368545;

20) One 2000 Ford LGT Truck - VIN: 1FTZX1722YNB77809;

21) One 2003 Suzuki GSX-R100 Motorcycle, VIN: JS1GT75A832109079;

22) One 2002 DRW Super Duty Truck - VIN: 1FTWW32F42EA65208;

23) One 2009 Mercedes Benz - VIN: WDDGF54XX9F234440;

24) One 2002 Pace Trailer – VIN: 4FPFB12162G060319;

25) One 2008 Suzuki Motorcycle – VIN: JS1GX72AX82109455;

26) One 2003 Suzuki Motorcycle - VIN: JS1GT75Al32110543;

27) One 2009 Nissan MAXIMA – VIN: 1N4AA51E79C812275;

28) One 2013 Carolina Skiff Boat – VIN: EKH3J205D313;

29) One 2013 WESCO Trailer – VIN: 1W7B1221D1002170;

30) One 2007 Nissan Armada – VIN: 5N1BA08A27N708133;

31) The items listed in Attachment A attached hereto and incorporated herein by reference; and

**CURRENCY**

$22,500.00 in U.S. currency in lieu of one approximately .67 acre tract of real property, with all improvements thereto, located in Harnett County, North Carolina, and more fully described in a deed recorded in book 01495, page 0473 of the Harnett County Registry, being titled in the names of Douglas Earl Register and wife, Lori Denise Jones Register, and having the street address of 192 Bears Lane, Dunn, North Carolina;

AND WHEREAS, on July 31, 2018, this Court entered an Order Staying Forfeiture Pending Appeals [DE–1152] as to Defendants Lemont Jerrone Webb (Def No. 1) and Harry Myles, Sr. (Def No. 18) subject to payment of an appeal bond as to certain vehicles. Counsel for Defendants Webb and Myles, Sr. have advised the United States that no bond will be posted for their seized vehicles. Hence, the United States will continue with criminal judicial forfeiture proceedings as to those vehicles;

AND WHEREAS, the United States published notification of the Court's Preliminary Orders of Forfeiture on the Government's internet web site www.forfeiture.gov for at least 30 consecutive days, between September 29, 2017 and October 28, 2017; between June 19, 2018 and July 18, 2018; and, between June 20, 2018 and July 19, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notices advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, potential petitioners as to the subject personal property in this criminal forfeiture action are Sophia Myles, Lori Register, and Branch Banking & Trust Company;

AND WHEREAS, service of this Court's December 22, 2017 Preliminary Order of Forfeiture was made on Sophia Myles c/o her counsel, Scott L. Wilkinson, via electronic mail on March 29, 2018;

AND WHEREAS, service of this Court's July 26, 2017 Preliminary Order of Forfeiture was made on Lori Register via Federal Express on July 10, 2018;

AND WHEREAS, service of this Court's July 26, 2017 Preliminary Order of Forfeiture was made on Branch Banking and Trust Bank (BB&T) via electronic mail on July 26, 2018;

AND WHEREAS, service of this Court's Preliminary Orders of Forfeiture was made on the subject vehicles between November 8, 2017 and July 31, 2018 while in the custody of the Internal Revenue Service – Criminal Investigation;

AND WHEREAS, service of this Court's July 26, 2017 Preliminary Order of Forfeiture was made on the subject firearms and ammunition on July 23, 2018 by an agent of the Internal Revenue Service – Criminal Investigation;

AND WHEREAS, service of this Court's July 26, 2017 Preliminary Order of Forfeiture was made on the subject $22,500 in U. S. currency on August 27, 2018, while in the custody of the Internal Revenue Service – Criminal Investigation;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject personal property and currency described in this Court's Preliminary Orders of Forfeiture issued in this criminal action;

AND WHEREAS, the United States advised the Court that certain vehicles listed-above for forfeiture were not taken into federal custody or, have been returned to their owner or lienholder, specifically:

    Item 3) One 2008 Suzuki Motorcycle - VIN: JS1GX72A682113387;
    Item 5) One 1996 Cadillac Deville - VIN: 1G6KD52Y4TU277070;
    Item 12) One 2005 Chrysler 300 - VIN: 2C3JA53G25Hl08327 -
        returned to Cleveland Myles;
    Item 13) One 2008 Chevrolet Wrecker - VIN: 1GBJC34658E213833;
    Item 14) One 2003 International Wrecker - VIN: 1HTMPAFM83H565490;
    Item 20) One 2000 Ford LGT Truck - VIN: 1FTZX1722YNB77809;
    Item 21) One 2003 Suzuki GSX-Rl00   Motorcycle,
        VIN: JS1GT75A832109079;
    Item 23) One 2009 Mercedes Benz - VIN: WDDGF54XX9F234440 -
        returned to lienholder.

Hence, the United States is not pursuing federal judicial forfeiture of these specific vehicles in this criminal forfeiture action.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining personal property and currency listed in the Preliminary Orders of Forfeiture are hereby forfeited to the United States. The United States Department of Treasury and the United States Department of Justice are directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury and the United States Department of Justice as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund or the United States Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

SO ORDERED this 16 day of December, 2018.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE

ATTACHMENT A

1. one (1) brown and blued Mossberg 500C pump shotgun.
2. one (1) Harrington & Richardson .410 single shot shotgun with serial number AR210150.
3. one (1) black and silver Mossberg 500 shotgun with serial number T677165.
4. one (1) silver and green Ruger 10-22 semi-automatic rifle with serial number 245-3518.
5. one (1) black and silver Ruger P345 semi-automatic handgun with serial number 665-04944.
6. one (1) black Taurus .38 Special revolver with serial number UF16857.
7. one (1) brown and blued Browning 12 gauge semi-automatic shotgun with serial number 35362.
8. one (1) black and silver Smith and Wesson .38 Special revolver with serial number CDV3771.
9. one (1) silver and pink Smith and Wesson .38 Special Airweight revolver with serial number CHU2591.
10. one (1) brown and black Winchester .22 caliber rifle with serial number 81624344.
11. one (1) EIG-EIBAR .410 bolt action shotgun with serial number 81669.
12. one (1) black and brown Remington 870 20 gauge pump shotgun with serial number AB040993U.
13. one (1) black and brown Remington 870 12 gauge pump shotgun with serial number C277401 M.
14. one (1) black and brown Springfield model 187S .22 rifle with serial number A936805.
15. one (1) black and brown Remington model 550-1 .22 caliber rifle.
16. one (1) silver and white Davis IND .25 caliber handgun with serial number 452192.
17. one (1) silver and black Smith & Wesson .38 Special revolver with serial number CUM6520.
18. one (1) Remington 20 gauge shotgun with serial number S2812.
19. one (1) Savage Fox Model B 12 gauge double barrel shotgun.
20. one (1) Animocibar 12 gauge double barrel shotgun with serial number 29634.
21. one (1) brown and blued Browning Safari Bar 2 rifle with scope with serial number 107NT15265.
22. one (1) black Browning 30-06 caliber rifle with serial number 311 M209819.

1

23. one (1) brown and blued Deerslayer Model 37 12 gauge double barrel shotgun with serial number 371218746.
24. one (1) Springfield M1A 1 .308 caliber rifle with serial number 0116558.
25. one (1) U.S. Carbine M1 .30 caliber rifle with serial number 887341.
26. one (1) U.S. Carbine .30 caliber rifle with serial number 5654271.
27. one (1) Norico SKS 7 .62mm rifle with serial number 21054013.
28. one (1) brown and blued Winchester Model 94 30/30 caliber rifle with serial number 5023566.
29. one (1) brown Winchester Model 74 .22 caliber rifle with serial number 746215.
30. one (1) brown and silver Remington Model 5R bolt action Brown/Silver Rifle.
31. one (1) POWHATAN Arms Co. 12 gauge shotgun with serial number 218664.
32. one (1) brown Remington Model 552 rifle with serial number 1795888.
33. one (1) brown Remington Model 552 rifle with serial number A 1624671.
34. one (1) brown Remington Model 550-1 .22 caliber rifle with serial number CD41.
35. one (1) silver and black Ruger Old Army black powder revolver with serial number 145-03636.
36. one (1) silver and black New Frontier .22 caliber revolver with serial number G37875.
37. one (1) brown Remington Sportsman 12 gauge shotgun with serial number 7
38. one (1) brown and silver Ruger 10-22 .22 caliber rifle with serial number 244-25217.
39. one (1) brown and black Rossi .410 shotgun with serial number SP027 404.
40. one (1) Remington model 552 .22 caliber rifle with serial number A 1446401.
41. one (1) Ruger Ranch .223 caliber rifle with serial number 195-21493.
42. one (1) unknown make .22 caliber old gun with no serial number.
43. one (1) brown and blued Browning Short Track .308 caliber rifle with scope with serial number 311 MR06157.
44. one (1) Diamond Back .22 caliber revolver with serial number R40227.
45. one (1) Lorcin .22 caliber semi-automatic handgun with serial number 103333.

2

46. one (1) H&R model 949 .22 caliber handgun with serial number AF78109.
47. one (1) silver and black Ruger .357 caliber revolver with serial number 159-31631.
48. one (1) black Beretta .22 caliber semi-automatic handgun with serial number BAS39320
49. two (2) silver Colt Defender series 90 semi-automatic handguns with serial numbers DR12518 and DR11224 in a blue Colt case.
50. one (1) silver Colt Pocket series 90, 9mm semi-automatic handgun with serial number NP01552 handgun
51. one (1) silver Colt Pony .380 caliber semi-automatic handgun with serial number ML01504 in a blue Colt case.
52. one (1) black and brown Colt Government model 1911 .45 caliber semi-automatic handgun with serial number 2820945 in a blue Colt case.
53. one (1) silver Colt MK4 .45 ACP caliber semi-automatic handgun with serial number SFA8234 in a blue Colt case.
54. one (1) black Colt Delta Elite semi-automatic handgun with serial number DE27649.
55. one (1) black Colt Delta Elite semi-automatic handgun with serial number LE03261E.
56. one (1) silver Colt Mustang .380 caliber semi-automatic handgun with serial number PL51008.
57. one (1) silver Colt Double Eagle MK2 semi-automatic handgun with serial number DF01944.
58. one (1) chrome and black Iver Johnson .22 caliber semi-automatic handgun with serial number AE57530.
59. one (1) black Smith & Wesson Body Guard .380 caliber revolver with serial number KBD2884.
60. one (1) silver and black Smith & Wesson .38 Special caliber revolver with serial number J480012.
61. one (1) silver Colt Special Agent .38 caliber revolver with serial number H91693.
62. one (1) Colt Combat Commander 1911 .45 caliber semi-automatic handgun with serial number 70SC20531.
63. one (1) Colt .45 caliber revolver with serial number SJ2372A in a blue box.
64. one (1) Browning .38 caliber semi-automatic handgun with serial number MN00735 in a gray box.
65. one (1) black Browning Buck Mark .22 caliber semi-automatic handgun with serial number 515MR06827.
66. one (1) silver and black Colt King Cobra .357 caliber revolver with serial number EC3446.
67. one (1) silver and black Ruger Redhawk .44 magnum revolver in a leather holster.

68. one (1) silver and black Taurus .357 magnum revolver with serial number PK470286.
69. one (1) silver Ruger .22 caliber LR with serial number 219-94862.
70. one (1) black Taurus Tracker .22 magnum revolver with serial number FZ7718456.
71. one (1) silver and black Taurus .38 Special with serial number FR 12901.
72. one (1) brown and black Ruger 10-22, .22 caliber rifle with serial number 239-16283.
73. one (1) camouflage Browning .270 caliber rifle with scope with serial number 311MR1082.
74. one (1) black Browning 12-gauge pump shotgun with serial number 03037MP121.
75. one (1) camouflage Browning 12 gauge semi-automatic shotgun with serial number 01202ZM112.
76. one (1) camouflage Browning 12 gauge pump shotgun with serial number 1565MX121.
77. one (1) Browning .243 caliber bolt action rifle with scope with serial number 24691ZY354.
78. one (1) Mossberg model 9200 12 gauge shotgun with serial number SA7693.
79. one (1) brown and black Springfield 12 gauge single shot shotgun.
80. one (1) Norico SKS 7.62mm with serial number 21061991.
81. one (1) brown and black Marlin 30-30 caliber lever action rifle with scope with serial number 336CS.
82. one (1) Winchester model 94, .44 caliber rifle with serial number 6273307.
83. one (1) camouflage Mossberg model 835 12 gauge pump shotgun with serial number UM302135.
84. one (1) Stevens model 311A 20 gauge double barrel shotgun.
85. one (1) brown and black Marlin .22 caliber lever action rifle with serial number 39AS.
86. one (1) camouflage Thompson Center .50 caliber muzzle loader rifle with scope with serial number 577789.
87. one (1) Browning 30-06 semi-automatic rifle with scope with serial number 311 MW05215.
88. one (1) Savage model 110 .270 caliber rifle with scope with serial number F056771.
89. one (1) Browning 12 gauge semi-automatic shotgun with serial number G1346.
90. one (1) GSG 522 .22 caliber rifle with serial number A471726.
91. one (1) black Colt AR 15 A3 .223 caliber semi-automatic rifle with serial number LBD031183.

92. one (1) black Saga .410 semi-automatic shotgun with serial number H09204428T.
93. one (1) Marlin model 99, .22 caliber rifle with serial number 72350505.
94. one (1) Remington .22 caliber bolt action rifle.
95. one (1) Browning Gold Hunter with serial number F01NP42710.
96. one (1) Winchester model 70, 30-06 rifle with scope with serial number 61217.
97. one (1) silver and black Taurus .357 magnum revolver with serial number FU36846.