IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-172-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| LEMONT JERRONE WEBB, ET AL. | ) |

**AMENDED FINAL ORDER OF FORFEITURE
AS TO CERTAIN FIREARMS**

WHEREAS, on December 27, 2018, this Court entered a Final Order of Forfeiture [DE #1173] pursuant to the provision of 21 U.S.C. § 853 and 18 U.S.C. § 982, as to personal property and currency;

AND WHEREAS, the United States has advised the Court that serial numbers as to certain firearms previously provided to the Court were incorrect, and that the correct serial numbers are as follows:

1. one (1) brown and blued, Mossberg 500C pump shotgun, Serial Number 24533021;
4. one (1) silver and green Ruger 10-22 semi-automatic rifle with Serial Number 245-31518;
7. one (1) brown and blued Browning 12 gauge semi-automatic shotgun with Serial Number 356227;
9. one (1) silver and pink Smith and Wesson .38 Special Airweight revolver with Serial Number CUH2591;
10. one (1) brown and black Winchester .22 caliber rifle with Serial Number B1624344;
24. one (1) Springfield M1A 1 .308 caliber rifle with Serial Number 140628;
27. one (1) Norico SKS 7 .62mm rifle with Serial Number 21054013;
29. one (1) brown Winchester Model 74 .22 caliber rifle with Serial Number 146215;

1

37. one (1) brown Remington Sportsman 12 gauge shotgun with Serial Number 798670;
70. one (1) black Taurus Tracker .22 magnum revolver with Serial Number FZ718456;
73. one (1) camouflage Browning .270 caliber rifle with scope with Serial Number 311MR10821;
76. one (1) camouflage Browning 12 gauge pump shotgun with Serial Number 15658MX121;
84. one (1) Sevens model 311A 20 gauge double barrel shotgun Serial Number BJFBP;
85. one (1) brown and black Marlin .22 caliber lever action rifle with Serial Number 07254333;
86. one (1) camouflage Thompson Center .50 caliber muzzle loader rifle with scope with Serial Number S77789;
89. one (1) Browning 12 gauge semi-automatic shotgun with Serial Number 61346; and
96. one (1) Winchester model 70, 30-06 rifle with scope with Serial Number G1217990.

Hence, the United States requests that the Court allow the entry of an Amended Final Order of Forfeiture to more fully and accurately describe the subject firearms for servicing and disposal purposes.

It is hereby ORDERED, ADJUDGED and DECREED:

1. The Final Order of Forfeiture entered on December 27, 2018 [DE #1173] is amended to reflect the firearm serial numbers as referenced above, but in all other respects remains in full force and effect.

2. Pursuant to 21 U.S.C. § 853(n) and Fed. R. Civ. P. 32.2(b)(6), the United States shall publish notice of this Amended Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with

2

the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

3. Should no claim be filed within the time permitted by law, this Amended Order shall be considered final as to the above-listed firearms without further Order of the Court. Alternatively, if a timely claim is filed, this Amended Order shall become final as to the above-listed firearms only upon adjudication of all third-party interests. Once final, the United States Department of Treasury and/or the United States Department of Justice shall dispose of the property according to law, including destruction.

SO ORDERED this 29 day of January, 2019.

Terrence W. Boyle
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE