IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Criminal No. 5:15-CR-172-M-1
Civil No. 5:24-CV-237-M

LEMONT JERRONE WEBB, )
)
    Petitioner, )
)
v. )            ORDER
)
UNITED STATES OF AMERICA, )
)
    Respondent. )

This matter comes before the court on Petitioner's motion [DE 1396]. Within **forty (40) days** of the filing of this order, the United States Attorney shall file an answer or other response as appropriate. In its answer or response, the government shall address, *inter alia*, any issues of timeliness, waiver, or procedural default in accordance with prevailing law.

Within **thirty (30) days** after the answer or other response is served, Petitioner may file a reply pursuant to Rule 5(d) of the Rules Governing § 2255 Proceedings. In the reply, Petitioner shall address all issues raised by the government in the answer or response.

SO ORDERED this ___6th___ day of June, 2024.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE